UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEFANIE TUNG,                                          )
                                                        )
                        Plaintiff,                      )
                                                        )
        -against-                                       )
                                                        )
THE CITY OF NEW YORK; POLICE OFFICER  )     **PROOF OF SERVICE**
WESLEY BLOCK, Tax Identification Number  )
936217, Shield Number 16818; POLICE OFFICER )    **08 Civ. 935 (CM)(MHD)**
"MILNIE"; JOHN DOE PLAINCLOTHES POLICE)
OFFICER OF ASIAN HERITAGE WHO SPEAKS )
CANTONESE; MICHAEL MOE EMERGENCY  )
MEDICAL TECHNICIAN WHO STRUCK           )    **ECF CASE**
PLAINTIFF; JOHN DOES; RICHARD ROES;     )
PAUL POES,                                              )
                                                        )
                        Defendants.                     )
-----------------------------------------------------------X


STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )


    I, Jessica Singer, hereby affirm under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age and I am employed at the Law Office of Jeffrey Rothman; 315 Broadway, Suite 200; New York, New York, 10007.

    On January 31, 2008 approximately 5:00 p.m., at the New York City Law Department, 100 Church Street, New York, NY 10007, I served the Summons and Complaint upon the CITY OF NEW YORK, a defendant therein named by personally delivering and leaving a true copy or copies of the aforementioned documents with Tamekia Mendes-Gammon, a process clerk authorized to accept service.

January 31, 2008

Jessica Singer

STATE OF _New York_ )
                    :SS
COUNTY OF _New York_ )

On this _31st_ day of _January_ , ~~2007~~ _2008_, before me personally came _Jessica Singer_ , to me known and known to me to be the individual described in and who executed the foregoing instrument, and s/he acknowledged to me that s/he executed the same.

_____    NOTARY PUBLIC

JEFFREY A. ROTHMAN
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02RO6104562
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES JANUARY 26, 2012