UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEFANIE TUNG,                                             )
                                                           )
                Plaintiff,         )
                                                           )
   -against-                                              )
                                                           )
THE CITY OF NEW YORK; POLICE OFFICER                       )     **PROOF OF SERVICE**
WESLEY BLOCK, Tax Identification Number                    )
936217, Shield Number 16818; POLICE OFFICER                )     **08 Civ. 935 (CM)(MHD)**
"MILNIE"; JOHN DOE PLAINCLOTHES POLICE                     )
OFFICER OF ASIAN HERITAGE WHO SPEAKS                       )
CANTONESE; MICHAEL MOE EMERGENCY                           )
MEDICAL TECHNICIAN WHO STRUCK                              )     **ECF CASE**
PLAINTIFF; JOHN DOES; RICHARD ROES;                        )
PAUL POES,                                                 )
                                                           )
                Defendants.        )
-----------------------------------------------------------X
STATE OF NEW YORK      )
                     )ss.:
COUNTY OF NEW YORK   )

    I, Jeffrey A. Rothman, being an attorney duly admitted to practice before this court and the courts of the State of New York, hereby affirm under the penalties of perjury:

    I am not a party to this action, I am over 18 years of age and I am self-employed as an attorney at 315 Broadway, Suite 200; New York, New York, 10007.

On February 1, 2008, approximately 1:05 p.m., at the New York City Police Department 5th Precinct, 19 Elizabeth Street, New York, NY 10013, I served the Summons and Complaint upon POLICE OFFICER WESLEY BLOCK, a defendant therein named, by personally delivering and leaving at his actual place of business with Sergeant Pannone, Shield No. 1388, a person of suitable age and discretion who accepted the papers on his behalf, a true copy or copies of the aforementioned documents. On February 1, 2008, I then mailed a copy of the aforementioned documents to POLICE OFFICER WESLEY BLOCK, a defendant therein named, at the New York City Police Department 5th Precinct, 19 Elizabeth Street, New York, NY 10013, his actual place of business, via first class mail, proper postage affixed to a sealed envelope bearing the legend "personal and confidential" and not indicating on the outside thereof in any manner that the communication is from an attorney or concerns an action against the person to be served.

February 1, 2008                                                                
                                                                     Jeffrey A. Rothman, Esq.
                                                                     [JR-0398]