₳AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  NEW YORK

## APPEARANCE

Case Number: 08-0935

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 2/13/2008 | *[signature]* |
| Date | Signature |
| | Suzette Corinne Rivera         SR4272 |
| | Print Name                     Bar Number |
| | 100 Church Street |
| | Address |
| | New York          NY           10007 |
| | City              State        Zip Code |
| | (212) 788-9567                 (212) 788-9776 |
| | Phone Number                   Fax Number |