UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------x

STEFANIE TUNG,

                                                                         **NOTICE OF MOTION**
                                                    Plaintiff,           **TO DISMISS**

                   -against-                                             08 CV 935 (CM)


THE CITY OF NEW YORK; POLICE OFFICER
WESLEY BLOCK, TAX IDENTIFICATION NUMBER
936217, SHIELD NUMBER 16818; POLICE OFFICER
"MILNIE"; JOHN DOE PLAINCLOTHES POLICE
OFFICER OF ASIAN HERITAGE WHO SPEAKS
CANTONESE; MICHAEL MOE EMERGENCY
MEDICAL TECHNICIAN WHO STRUCK PLAINTIFF;
JOHN DOES; RICHARD ROES; PAUL POES,

                                                    Defendants.

-------------------------------------------------------------------------x


      **PLEASE TAKE NOTICE** that, defendants The City of New York and Police

Officer Wesley Block will move this Court before the Honorable Colleen McMahon, United

States District Judge, at the United States District Court for the Southern District of New York,

located at 500 Pearl Street, New York, New York at a date and time to be determined by the

Court, for dismissal of the complaint with prejudice, pursuant to Rule 12(c) or, in the alternative,

for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and in

accordance with Judge McMahon's individual practices, on the grounds that the individual

defendant is entitled to qualified immunity on some or all of plaintiff's claims and that the City

of New York is entitled to judgment as a matter of law.

      **PLEASE TAKE FURTHER NOTICE** that such motion will be submitted

following the prescribed period of discovery set forth in the Court's Individual Practices.

Dated:      New York, New York
              April 21, 2008

                                        MICHAEL A. CARDOZO
                                        Corporation Counsel of the
                                        City of New York
                                        Attorney for Defendants City of New York and
                                        Police Officer Wesley Block
                                        100 Church Street
                                        New York, New York  10007

By:                 _____
                                        Suzette Corinne Rivera
                                        Assistant Corporation Counsel
                                        Special Federal Litigation Division

To:     Jeffrey Rothman, Esq. (By ECF)
          315 Broadway, Suite 200
          New York, New York 10007
          *Attorney for Plaintiff*

Index No. 08 CV 935 (CM)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STEFANIE TUNG,

                                                                    Plaintiff,

                              -against-


THE CITY OF NEW YORK; POLICE OFFICER WESLEY
BLOCK, TAX IDENTIFICATION NUMBER 936217,
SHIELD NUMBER 16818; POLICE OFFICER "MILNIE";
JOHN DOE PLAINCLOTHES POLICE OFFICER OF
ASIAN HERITAGE WHO SPEAKS CANTONESE;
MICHAEL MOE EMERGENCY MEDICAL TECHNICIAN
WHO STRUCK PLAINTIFF; JOHN DOES; RICHARD
ROES; PAUL POES,

                                                                    Defendants.

---

### NOTICE OF MOTION

---

***MICHAEL A. CARDOZO***
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*100 Church Street*
*New York, New York 10007*

*Of Counsel: Suzette Corinne Rivera*
*Tel:*
*NYCLIS No.*

---

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................................................... , 200 ...*

*.......................................................................................................... Esq.*

*Attorney for ..........................................................................................*