UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
Stefanie Tung,

                           08 Civ. 935 (CM)(MHD)

            Plaintiff(s),

                           ORDER OF REFERENCE
    -against-                      TO A MAGISTRATE JUDGE
The City of New York, et al,

            Defendant(s).
----------------------------------------X

The above entitled action is referred to the Honorable Michael H. Dolinger, United States Magistrate Judge for the following purpose(s):

\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

✓ Specific Non-Dispositive Motion/Dispute:*

_Discovery_

\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_ Habeas Corpus

\_\_\_\_ Social Security

\_\_\_\_ Settlement*

~~Inquest After Default/Damages~~ Hearing

\_\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

* Do not check if already assigned for general pretrial.

Dated: 5/30/2008
New York, New York

SO ORDERED:

Hon. Colleen McMahon
United States District Judge