```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
STEFANIE TUNG,
                                    :
              Plaintiff,
                                    :       ORDER
        -against-
                                    :   08 Civ. 0935 (CM)(MHD)
CITY OF NEW YORK, et al.,
                                    :
              Defendants.
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a conference has been scheduled in the above-captioned action on **TUESDAY, AUGUST 5, 2008** at **11:00 AM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:   New York, New York
         August 1, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Jeffrey Adam Rothman, Esq.
Jeffrey Rothman, Esq.
315 Broadway
Suite 200
New York, NY 10007

Suzette Corrine Rivera, Esq.
New York City Law Department
Office of Corporation Counsel
100 Church Street
New York, NY 10007