UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

STEFANIE TUNG,

                            Plaintiff,

         -against-

THE CITY OF NEW YORK; POLICE OFFICER
WESLEY BLOCK, Tax Identification Number 936217,
Shield Number 16818; POLICE OFFICER "MILNIE";
JOHN DOE PLAINCLOTHES POLICE OFFICER OF
ASIAN HERITAGE WHO SPEAKS CANTONESE;
MICHAEL MOE EMERGENCY MEDICAL
TECHNICIAN WHO STRUCK PLAINTIFF; JOHN
DOES; RICHARD ROES; PAUL POES,

                            Defendant.

------------------------------------------------------------------- x

**ORDER**

08 CV 935 (CM)(MHD)

**DOLINGER, M.J.**

    Pursuant to the discovery conference held on August 5, 2008, **IT IS HEREBY ORDERED** that defendants obtain the following documents from the New York City Fire Department and to produce them to the plaintiff in this matter by <u>August 12, 2008</u>:

1. The complete case file generated by the Fire Department Bureau of Investigations and Trials as a result of the Civilian Complaint Review Board (hereafter, "CCRB") referral made to said office under CCRB Case File #200614600, including, but not limited to, all documents, testimony and audio recordings contained therein.

2. Photographs of the following Emergency Medical Technicians:
   a. E.M.T. Edward Crowley, Shield #1062; and
   b. E.M.T. Marcelino Roman, Shield #2012.

It is so ordered.

Dated: New York, New York
August 6, 2008

_____
HON. MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE